**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| John G. Smith, Jr. | | |
| Debtor | : | |
| | : | |
| | : | Bankruptcy No.  22-10784PMM |

ORDER

AND NOW, it is ORDERED that since the debtor has failed to timely file the documents required by the order dated 3/30/2022, this case is hereby DISMISSED.

Dated: 4/18/22

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge